# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY

e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

MEMO ENDORSED

July 9, 2024

7/9/24
Granted
Colleen McMahon

**Via ECF Filing**
Hon. Colleen McMahon
United States District Court Judge
500 Pearl Street
New York, New York  1007

Re: *United States v. Ramadus Williams*
Docket No. 10 CR 391-59 (CM)

Dear Judge McMahon:

    I had been appointed to represent Ramadus Williams in this matter. Mr. Williams has long since completed the incarceration part of his sentence and has been on supervision now for just about four and one half years, without incident, and has about five more months on supervision. He is working, supporting his family and doing quite well.

    What prompts this letter is that Mr. Williams has tickets to fly with his family tomorrow to Jamaica as a celebration of his daughter's birthday. A short while ago today, in a conversation with Probation Officer Glen Spence, Mr. Williams was advised that he needed Court permission to make this trip, a requirement Mr. Williams had not focused on.

    Mr. Williams contacted me and I have since spoken with Probation Officer Spence who advised me that Mr. Williams has had no issues while on supervision, that Probation does not object to allowing Mr. Williams to travel to Jamaica and is supportive of his request to do so.

    Thank you for the Court's consideration of this request to allow Mr. Williams to travel to Jamaica on July 10, 2024 with a plan to return to his home on July 15, 2024. If the Court approves this travel request, Mr. Williams will provide a full travel literary to Probation, with flight and lodging data.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/24

Hon. Colleen McMahon	-2-	July 9, 2024

    I apologize for the lateness of this request but the matter only came to my attention a short while ago.

Respectfully submitted,

John F. Kaley

cc:   AUSA Michael Maimin
       USPO Glen Spence
       (via email and ECF filing)